**DENY; and Opinion Filed May 6, 2019.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00480-CV

## IN RE PETRONA DEL CARMEN VALENCIA-DE RIVAS, Relator

**Original Proceeding from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-10235**

## MEMORANDUM OPINION
Before Justices Myers, Molberg, and Nowell
Opinion by Justice Molberg

In this original proceeding, relator complains of the trial court's order denying relator's

motion to disqualify the real party in interest Guadalupe Vielma Ramirez's trial counsel.

"Mandamus is available where a motion to disqualify is inappropriately denied as there is no

adequate remedy on appeal." *In re Turner*, 542 S.W.3d 553, 555 (Tex. 2017) (quoting *In re*

*Columbia Valley Healthcare Sys., L.P.*, 320 S.W.3d 819, 824 n.2 (Tex. 2010) (orig. proceeding)).

We review a trial court's refusal to disqualify a law firm under an abuse of discretion standard. *Id.*

Based on the record before us, we conclude relator has not shown that the trial court abused

its discretion. Accordingly, we deny relator's petition for writ of mandamus. *See* TEX. R. APP. P.

52.8(a) (the court must deny the petition if the court determines relator is not entitled to the relief sought).

/Ken Molberg/
KEN MOLBERG
JUSTICE

190480F.P05